**Order entered April 27, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00048-CV

### ADRIAN BOOKER AND NICOLE SMITH, Appellant

### V.

### ANISSA MAHMOUDI, ET AL., Appellees

**On Appeal from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 003-01795-2018**

### ORDER

Before the Court is appellants' April 24, 2020 motion requesting relief for the court reporter's failure to file the reporter's record of the recusal hearing conducted on August 30, 2018. The reporter's record of the recusal hearing was filed on April 24, 2020. We **DENY** appellants' motion.

Appellants shall file their brief on the merits on or before **May 27, 2020**.

/s/　　ROBERT D. BURNS, III
　　　　CHIEF JUSTICE